UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
LENNOX M. LONDON,

                        Plaintiff,

                                                MEMORANDUM AND ORDER
            -against-                           20-CV-0636 (JS)(AKT)

NASSAU COUNTY CORRECTIONAL FACILITY,

                        Defendant.
------------------------------------X
APPEARANCES
For Plaintiff:      Lennox M. London, pro se
                    1505154
                    Nassau County Correctional Center
                    100 Carman Avenue
                    East Meadow, New York 11554-1146

For Defendant:      No appearances.

SEYBERT, District Judge:

        By Memorandum and Order dated April 15, 2020 (the
"Order"), the Court granted pro se plaintiff Lennox M. London's[1]
("Plaintiff") application to proceed in forma pauperis and
dismissed the Amended Complaint for failure to allege a plausible
claim for relief pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii),
1915A(b)(1).  (See Order, D.E. 9.)  The Court granted Plaintiff
leave to file a Second Amended Complaint within thirty (30) days
from the date of the Order.  The Order made clear that "Plaintiff's
Second Amended Complaint must be labeled as a 'Second Amended

---

[1] Plaintiff is currently incarcerated at the Nassau County
Correctional Center.

Complaint,' bear the same docket number as this Order, 20-CV-0636,[2]
and must be filed within thirty (30) days from the date of this
Order." (Order at 8-9.) Plaintiff was warned that if he "does
not file a Second Amended Complaint within the time allowed,
judgment shall enter without further notice and this case will be
marked CLOSED." (Order at 8-9.)

On April 27, 2020, Plaintiff filed an unsigned letter,
dated April 9, 2020, entitled "Inmate Grievance." (See D.E. 12.)
Although the Court received this submission after its April 15,
2020 Order, given its date, the Court presumes it was sent before
Plaintiff received the Order. However, because it was unsigned
and did not include a docket number,[3] on May 13, 2020, the Clerk
of the Court returned the filing to Plaintiff. (See D.E 12.) The
Clerk's letter reminded Plaintiff that the "Amended Complaint must
be filed and clearly labeled as such within 30 days from the date
of the Order (enclosed)." (See D.E. 12.) On or around
May 21, 2020, Plaintiff filed a copy of the Clerk's May 13, 2020
letter along with a new letter, dated May 18, 2020, enclosing a
copy of the April 27, 2020 filing, now signed. (See D.E. 13.)
The May 21,2020 letter advised that the April 27, 2020 filing was

---

[2] The Order contained a typographical error and inadvertently
indicated the case number as "19-CV-0636." (Order at 8.)

[3] Plaintiff initiated another case in this Court, London v.
Nassau Cty. Corr. Fac., et al., No. 20-CV-1991(JS)(AKT).

intended for filing in Docket Number 20-CV-0636.  (See D.E. 13.)

Given that Plaintiff has received the Court's Order and letters and has elected not to file a Second Amended Complaint in accordance with the Order, the Court now DISMISSES this action without prejudice.  (See Order at 8-9.)  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is DENIED for the purpose of any appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

The Clerk of the Court is directed to mail a copy of this Order to the pro se Plaintiff, enter judgment accordingly, and mark this case CLOSED.


SO ORDERED.


/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated:  August ___27___, 2020
        Central Islip, New York